JOHN J. RYAN & SONS, INC. v. UNITED STATES

No. 7603.—Invoices dated Warsaw, Poland, December 5, 1938, etc.
Certified December 5, 1938, etc.
Entered at New York, N. Y., December 30, 1938, etc.
Entry Nos. 780444; 794632.

(Decided June 22, 1948)

Sharretts & Hillis (Howard C. Carter of counsel) for the plaintiff.
Paul P. Rao, Assistant Attorney General, for the defendant.

MOLLISON, Judge: These appeals for reappraisement have been submitted for decision upon the following stipulation of counsel for the parties hereto:

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties hereto, subject to the approval of the court, that the export market value or price at the time of exportation of the merchandise involved herein, at which such or similar merchandise was freely offered for sale to all purchasers in the principal market of the country from which exported, in the usual wholesale quantities and in the ordinary course of trade for exportation to the United States, plus all costs, charges, and expenses incidental to placing the merchandise in condition, packed, ready for shipment to the United States, is the appraised unit value for each item, less 4% discount, plus the packing cost as found by the Appraiser and noted on the invoices in red ink.

IT IS FURTHER STIPULATED AND AGREED that there is no higher foreign value for the merchandise herein at the time of exportation.

IT IS FURTHER STIPULATED AND AGREED that these appeals be submitted on the foregoing stipulation.

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such value was the appraised unit value for each item, less 4 per centum discount, plus the packing cost as found by the appraiser and noted on the invoices in red ink.

Judgment will be rendered accordingly.